# Third District Court of Appeal

## State of Florida

Opinion filed January 22, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-0370
Lower Tribunal No. 22-1144
_____

**Abel Curbelo Horta, et al.,**
Appellants,

vs.

**Citizens Property Insurance Corporation,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Ariana Fajardo Orshan, Judge.

MAC Legal, P.A., and Kristen D. Montgomery and Michael A. Citron (Hollywood), for appellants.

Vernis & Bowling of Broward, P.A., and Evan A. Zuckerman (Hollywood), for appellee.

Before LOGUE, C.J., and SCALES and LOBREE, JJ.

PER CURIAM.

Affirmed. See Booker v. Sumter Cnty. Sheriff's Office/N. Am. Risk Servs., 166 So. 3d 189, 194 (Fla. 1st DCA 2015) ("The Daubert[1] test as codified in section 90.702 requires (1) that the testimony be based on 'sufficient facts or data'; (2) that it be a 'product of reliable principles and methods'; and (3) that the expert 'applied the principles and methods reliable to the facts of the case.'"); Kemp v. State, 280 So. 3d 81, 89 (Fla. 4th DCA 2019) ("The Supreme Court in Daubert outlined a list of factors that bear on the reliability inquiry: (1) whether the theory can be or has been tested; (2) whether the theory or technique has been subjected to peer review and publication; (3) the known or potential rate of error of a particular scientific technique, as well as the existence of standards controlling the technique's operation; and (4) general acceptance in the scientific community.").

---

[1] Daubert v. Merrell Dow Pharmaceuticals, Inc., 509 U.S. 579 (1993).